# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES WINSTON, JR., ) | |
|     Plaintiff, ) | Case No. 2:13-cv-01167-JAD-GWF |
| vs. ) | **ORDER** |
| AIR TRUCK EXPRESS, INC., *et al.*, ) | |
|     Defendants. ) | |

This matter came on for hearing on Defendant's Motion to Compel (#18). Plaintiff did not file a written response and did not appear at the hearing scheduled for February 25, 2015. The Court having reviewed the motion and good cause appear therefor,

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel (#18) is granted. Plaintiff is ordered to serve on counsel for Defendant on or before **March 11, 2015** the following information in writing:

    1. The name and, if known, the address and telephone number of each individual likely to have discoverable information–along with the subjects of that information–that Plaintiff may use to support his claim, unless the use would be solely for impeaching;

    2. A copy–or a description by category and location–of all documents, electronically stored information, and tangible things that Plaintiff has in his possession, custody, or control and may use to support his claims, unless the use would be solely for impeachment; and

    3. A computation of each category of damages claimed by Plaintiff–who must also make available for inspection and copying as under Rule 34 the documents or

other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**IT IS FURTHER ORDERED** that Plaintiff is hereby cautioned that failure to comply with this Order may result in the imposition of sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure, which may include an order dismissing Plaintiff's action.

DATED this 25th day of February, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge