# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES WINSTON, JR., | ) |
|     Plaintiff, | )    Case No. 2:13-cv-01167-JAD-GWF |
| vs. | )    **ORDER** |
| AIR TRUCK EXPRESS, INC., *et al.*, | ) |
|     Defendants. | ) |

This matter is before the Court on Plaintiff Charles Winston Jr.'s Motion to Compel (#32), filed on May 8, 2015. Defendants' Response (#33) was filed on May 12, 2015.

Plaintiff requests that the Court compel the Defendants to produce discoverable information, but offers no legal basis for his requests. Plaintiff offers no evidence that he has previously served discovery requests on the Defendants, and the Defendants claim that no discovery requests have been served on them. Plaintiff also does not indicate that he met and conferred with opposing counsel before bringing his discovery requests before the Court. Despite the difficulties of proceeding pro se, Plaintiff must still comply with the Federal Rules of Civil Procedure and the Local Rules of Practice before turning to the Court to resolve discovery disputes. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (#32) is **denied** without prejudice.

**DATED** this 12th day of May, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge