# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHARLES WINSTON, JR., )
)
        Plaintiff, )    Case No. 2:13-cv-01167-JAD-GWF
)
vs. )    **ORDER**
)
AIR TRUCK EXPRESS, INC., *et al.,* )
)
        Defendant. )

This matter is before the Court on Andrew L. Rempfer, Esq,'s ("counsel") Motion to Withdraw as Counsel for Plaintiff (#50), filed on April 8, 2016.  To date, no party has filed a response to this motion and the time for opposition has now expired.  Furthermore, counsel has substantially established good cause for the withdrawal.  Accordingly,

    **IT IS HEREBY ORDERED** that Andrew L. Rempfer, Esq,'s ("counsel") Motion to Withdraw as Counsel for Plaintiff (#50) is **granted**.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Charles Winston, Jr. to the civil docket:

    **Charles Winston, Jr.**
    **740 Van Ert**
    **North Las Vegas, NV 89030**
    **(702) 201-4815**

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Plaintiff with a copy of this order at his last known address listed above.

    DATED this 28th day of April, 2016.

                                                    _____
                                                    GEORGE FOLEY, JR.
                                                    United States Magistrate Judge