UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Charles Winston, Jr.,

    Plaintiff

    v.

Air Truck Express, Inc., et al.,

    Defendants

Case No.: 2:13-cv-1167-JAD-GWF

**Order Denying Motion to Strike Notice of Appeal**

**[ECF No. 47]**

    On January 27, 2016, I granted defendants' motion for summary judgment and entered final judgment against plaintiff Charles Winston.[1] Though represented by counsel, Winston personally filed a handwritten notice of appeal in violation of this court's local rule IA 10-6(a), which prohibited Winston from filing a document on his own behalf because he was represented by counsel.[2] Defendants filed a motion to strike Winston's pro se notice of appeal in March 2016.[3] A month later, the United States Court of Appeals for the Ninth Circuit dismissed Winston's appeal for failure to respond to one of its orders.[4]

    In light of the fact that the appeal that was started by Winston's pro se notice has been dismissed, IT IS HEREBY ORDERED that Defendants' Motion to Strike the Notice of Appeal **[ECF No. 47] is DENIED** as moot.

DATED: June 8, 2016

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 40.

[2] LR IA 10-6 was amended effective May 1, 2016, and is now found at IA 11-6.

[3] ECF No. 47.

[4] ECF No. 52.